PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eliezer Tejada                                Cr.: 03-00215-001 & 03-00592-001

Name of Sentencing Judicial Officer: HONORABLE FAITH S. HOCHBERG

Date of Original Sentence: 10-31-03

Original Offense: Conspiracy to Steal Goods Moving in Interstate Commerce (2 Counts, 18 U.S.C. § 371; Dkt # 03-215 and 03-592); Violation of Supervised Release (Distribution of Cocaine; Dkt. # 97-00144-001)

Original Sentence: 32 months imprisonment (11 months on each of the counts on Dkt. 03-215 and 03-592, to run concurrent to each other and consecutive to the 21 months ordered on the Violation of Supervised Release on the drug distribution charges on Dkt. 97-144); 3 years supervised release on Dkt. 03-215 and 03-592 to run concurrent to each other. Supervised release on Dkt. 97-144 was vacated.

Type of Supervision: Supervised Release                         Date Supervision Commenced: 07/28/06

Assistant U.S. Attorney: John Michael Vazquez                   Defense Attorney: James C. Patton

### PETITIONING THE COURT


[X] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' <br><br> Tejada tested positive for cocaine on July 31, 2006 and August 15, 2006.. |
| 2 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $7,220 to Dell Computers, 493 County Avenue, Secaucus, new Jersey 07094. The restitution is due immediately, with any unpaid balances to be paid in monthly installments of no less than $25.**' <br><br> Offender has failed to make any payments toward the restitution obligation.. |

Case 2:03-cr-00215-JWB   Document 18   Filed 09/19/06   Page 2 of 2 PageID: 7

PROB 12C - Page 2
Eliezer Tejada

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 09/05/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/18/06
_____
Date